UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WILLIAM MUDD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-402 |
| | ) | |
| LOUDON COUNTY, JAKE KEENER, | ) | Judge Atchley |
| DEPUTY HARRISON, DEPUTY | ) | |
| PHILLIPS, DEPUTY HICKS, DEPUTY | ) | Magistrate Judge McCook |
| CASH, TIM GUIDER, JIMMY DAVIS, | ) | |
| and TONY ARDEN, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                                                */s/ Charles E. Atchley, Jr.*
                                                                **CHARLES E. ATCHLEY, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT